604 A.2d 1027

**James W. LASH, individually and on Behalf of Other Equibank Employees and Former Employees Similarly Situated**

v.

**EQUIBANK, a Pennsylvania Banking Institution, and Equimark Corporation, a Delaware Corporation, Appellants.**

Supreme Court of Pennsylvania.

Argued March 11, 1992.

Decided April 16, 1992.

R. Stanley Mitchel, Rose, Schmidt, Hasley & DiSalle, Marvin S. Lieber, Edwin L. Klett, Klett, Leiber, Rooney & Schorling, Dennis J. Lewis, Cohen & Grigsby, P.C., Pittsburgh, for appellants.

Michael P. Malakoff, Berger, Kapetan, Malakoff & Meyers, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.